# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTIRCT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-12407 |
| JOHN RUSSELL HUTCHINSON | ) | |
| | ) | Chapter 7 |
| Debtors | ) | |
| | ) | |
| CARL B. DAVIS, TRUSTEE | ) | |
| | ) | |
| Plaintiff | ) | Adv. No. 07-5239 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN RUSSELL HUTCHINSON, ET. AL., | ) | |
| | ) | |
| Defendants | ) | |

## DISCLAIMER OF DEFENDANT
## KANSAS DEPARTMENT OF REVENUE

COMES NOW the Defendant Department of Revenue, State of Kansas, by and through its attorneys, Karyn D. Lopez, and for its Answer to Trustee's Complaint to Sell Real Estate and Determine Claims to Non-Exempt Property of the Estate herein states that KDOR disclaims any interest that it has or may have in and to the real estate and/or personal property which is the subject of this action.

WHEREFORE, this answering Defendant, having disclaimed any right, title or interest in the Property that is the subject of this action, requests that it be dismissed as a party defendant to this action.

/s/ *Jay D. Befort*
Jay D. Befort #15146
Karyn D. Lopez #21907
Legal Services Bureau
Kansas Department of Revenue
915 SW Harrison, 2nd Floor
Topeka, KS 66612-1588
Telephone: (785) 296-2381
Fax: (785) 296-5213

CERTIFICATE OF SERVICE

   This is to certify that a true and correct copy of the above and foregoing, was on 22nd day of July, 2007, filed and served electronically by the Clerk of the Court to all parties receiving electronic notice and by U.S. mail, postage prepaid, to all those parties not receiving electronic notice as set forth on the notice of electronic filing.

                     /s/ *Jay D. Befort*
                     Jay D. Befort, Attorney